### Commonwealth *v.* Gamble, Appellant.

Submitted November 9, 1970. *William K. Eckel,* Public Defender, for appellant; *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Ghrist, Appellant.

Submitted November 9, 1970. *Sanford S. Finder,* for appellant; *George E. Anthou,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Groves, Appellant.

Submitted November 9, 1970. *Simon B. John,* Assistant Public Defender, for appellant; *Conrad B. Capuzzi,* Assistant District Attorney, and *Joseph E. Kovach,* District Attorney, for Commonwealth, appellee.

Order affirmed.